TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00556-CV

Patricia Jensen, Appellant

v.

Conference of Olympus (Gymnosophical), Inc., Appellee

FROM THE DISTRICT COURT OF BASTROP COUNTY, 335TH JUDICIAL DISTRICT

NO. 22,035, HONORABLE HAROLD R. TOWSLEE, JUDGE PRESIDING 

PER CURIAM

 Upon reviewing the clerk's record and other documents filed in this case, this Court
found no final judgment or appealable interlocutory order; appellant seems to appeal from the
denial of a motion to dismiss. Because this Court has no jurisdiction over cases in that posture,
this Court's clerk sent a letter asking the parties to explain why this appeal should not be dismissed
for want of jurisdiction. The letter cautioned that the Court might have to dismiss the appeal. 

 We have reviewed the appellant's response to the clerk's query. We find no basis
on which this Court can exercise jurisdiction over this interlocutory appeal. We therefore dismiss
this appeal for want of jurisdiction. See Tex. R. App. P. 42.3(a).

Before Chief Justice Aboussie, Justices Powers and Kidd

Dismissed for Want of Jurisdiction

Filed: December 29, 1998

Do Not Publish